UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DEREK STANTON LAMAR

    Plaintiff,

v.

AMY ASHWORTH,

    Defendant.

Case No. 2:12-CV-00706

### NOTICE OF SETTLEMENT

Plaintiff Derek LaMar, Defendant Amy Ashworth, and Intervenor Office of the Attorney General of Virginia (collectively, "the Parties") have reached an agreement in principle to settle all claims in this suit, and have signed a term sheet setting forth the material terms of the agreement. The Parties are in the process of drafting a written settlement agreement, and following completion and execution of such an agreement wish to stay this lawsuit pending the outcome of a state court consent motion that will be filed as part of the contemplated settlement agreement. A separate motion to stay proceedings consistent with the contemplated settlement agreement is forthcoming. To facilitate the completion and execution of the settlement agreement, the Parties respectfully request that the Court vacate the settlement conference currently scheduled for October 22, 2024, and calendar it for three weeks later. The Parties will advise the Court promptly once they have executed a formal written settlement agreement.

Dated: October 21, 2024                                       Respectfully submitted,

*/s/ Connor Kelley*
Connor Kelley (VA Bar No. 93596)
Amee Frodle (*admitted pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 10th Street NW
Washington, DC 20001-4956
Tel: (202) 662-5628
Fax: (202) 778-5628
ckelley@cov.com
afrodle@cov.com

*Counsel for Derek Stanton LaMar*

  */s/   Alexander Francuzenko*
Alexander Francuzenko, VSB 36510
Philip C. Krone, VSB 87723
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
Office: (703) 865-7480
Fax:    (703) 434-3510
alex@cookcraig.com
pkrone@coookcraig.com
*Counsel for Defendant Amy Ashworth*

   /s/    *Brandon T. Wrobleski*
Brandon T. Wrobleski, VSB 89697
David A. Mick, VSB 74307
Kari A. Kolar, VSB 65645
Jeremy Key, VSB 89319
bwrobleski@oag.state.va.us
damick@oag.state.va.us
kkolar@oag.state.va.us
jkey@oag.state.va.us
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
Phone:   (804) 786-2071
Fax:     (804) 371-0151
*Counsel for Intervenor*