UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
**Norfolk Division**

DEREK STANTON LAMAR

   Plaintiff,

 v.

AMY ASHWORTH,

   Defendant.

Case No. 2:12-CV-00706

**JOINT MOTION FOR STAY PENDING RESOLUTION OF STATE COURT PROCEEDING**

  Plaintiff Derek LaMar, Defendant Amy Ashworth, and Intervenor Office of the Attorney General of Virginia (collectively, "the Parties") respectfully request that this Court stay the instant action pending the resolution of a state court proceeding to be filed in Virginia state court in Prince William County.  The Parties have reached an agreement in principle to settle all claims in this suit, as demonstrated in the attached executed Term Sheet, which the parties are presently converting into a written settlement agreement.  Ex. A.  As contemplated by the Term Sheet, the Parties have agreed to file a joint motion seeking a stay of the present action pending a ruling on Plaintiff's forthcoming motion for retesting in Virginia state court.  Depending on the outcome of the state court motion, the claims in this case may be resolved.  The Parties will file a status report within seven days of the state court's resolution of the forthcoming consent motion and indicate whether any further action of the Court is needed, as requested in by the Court in its October 21, 2024 Order.  ECF No. 210.

| | |
|---|---|
| Dated: October 24, 2024 | Respectfully submitted, |
| */s/ Connor Kelley* | */s/ Alexander Francuzenko* |
| Connor Kelley (VA Bar No. 93596) | Alexander Francuzenko, VSB 36510 |
| Amee Frodle (*admitted pro hac vice*) | Philip C. Krone, VSB 87723 |
| COVINGTON & BURLING LLP | Cook Craig & Francuzenko, PLLC |
| One CityCenter | 3050 Chain Bridge Road, Suite 200 |
| 850 10th Street NW | Fairfax, VA 22030 |
| Washington, DC 20001-4956 | Office: (703) 865-7480 |
| Tel: (202) 662-5628 | Fax: (703) 434-3510 |
| Fax: (202) 778-5628 | alex@cookcraig.com |
| ckelley@cov.com | pkrone@coookcraig.com |
| afrodle@cov.com | |
| | *Counsel for Defendant Amy Ashworth* |
| *Counsel for Derek Stanton LaMar* | |

 */s/ Brandon T. Wrobleski*
Brandon T. Wrobleski, VSB 89697
David A. Mick, VSB 74307
Kari A. Kolar, VSB 65645
Jeremy Key, VSB 89319
bwrobleski@oag.state.va.us
damick@oag.state.va.us
kkolar@oag.state.va.us
jkey@oag.state.va.us
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
Phone: (804) 786-2071
Fax: (804) 371-0151
*Counsel for Intervenor*