**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

|  |  |
|---|---|
| DEREK STANTON LAMAR<br><br>Plaintiff,<br><br>v.<br><br>AMY ASHWORTH,<br><br>Defendant. | Case No. 2:12-CV-00706 |

## [PROPOSED] ORDER

Upon consider of the Parties' Joint Motion for Stay Pending Resolution of State Court Proceeding, it is hereby

ORDERED that the Motion is GRANTED, this case will be stayed, and the Parties will file a status report within seven days of the state court's resolution of the forthcoming consent motion and indicate whether any further action of the Court is needed.

Enter this _____ day of October, 2024.

_____

Douglas E. Miller
United States Magistrate Judge