UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
**Norfolk Division**

| | |
|---|---|
| DEREK STANTON LAMAR<br><br>      Plaintiff,<br><br>  v.<br><br>AMY ASHWORTH,<br><br>      Defendant. | Case No. 2:12-CV-00706 |

**JOINT STATUS REPORT**

      Plaintiff Derek LaMar, Defendant Amy Ashworth, and Intervenor Office of the Attorney General of Virginia (collectively, "the Parties") submit this joint status report per the Court's October 28, 2024 Order. The Parties received a signed Consent Order for the Virginia Department of Forensic Science (DFS) to Conduct Additional DNA Testing on January 13, 2025, and the Prince William County, Virginia Circuit Court entered the Consent Order the same day. DFS issued a preliminary certificate of analysis dated March 3, 2025 which identified certain evidence that may be suitable for further DNA testing, but which did not include DNA comparison results. After consultation with DFS, the Parties learned that a new consent order would be needed requesting updated DNA testing methods. Although the Parties' original settlement agreement called for the dismissal of the federal action upon the aforementioned entry of the Consent Order, all Parties agree that their intent will be best facilitated through the entry of an updated Consent Order and the amendment of the settlement agreement. The Parties are in the process of finalizing this updated consent motion to file in the state court and a written settlement agreement, and anticipate filing the state court motion shortly. The parties respectfully request

that this Court continue to stay this lawsuit pending the outcome of the state court consent motion. The Parties will advise the Court promptly after the state court's resolution of the updated consent motion.

Dated: April 2, 2025                                  Respectfully submitted,

/s/ Connor Kelley
Connor Kelley (VA Bar No. 93596)
Amee Frodle (*admitted pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 10th Street NW
Washington, DC 20001-4956
Tel: (202) 662-5628
Fax: (202) 778-5628
ckelley@cov.com
afrodle@cov.com

*Counsel for Derek Stanton LaMar*

/s/ Alexander Francuzenko
Alexander Francuzenko, VSB 36510
Philip C. Krone, VSB 87723
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
Office: (703) 865-7480
Fax: (703) 434-3510
alex@cookcraig.com
pkrone@coookcraig.com

*Counsel for Defendant Amy Ashworth*

/s/ Brandon T. Wrobleski
Brandon T. Wrobleski
Senior Assistant Attorney General
Virginia State Bar Number 89697
OFFICE OF THE ATTORNEY GENERAL
202 North Ninth Street
Richmond, Virginia 23219

2

Telephone: (804) 371-7505
Facsimile: (804) 371-0151
bwrobleski@oag.state.va.us

*Counsel for Intervenor*