UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
**Norfolk Division**

| | |
|---|---|
| DEREK STANTON LAMAR<br><br>      Plaintiff,<br><br>  v.<br><br>AMY ASHWORTH,<br><br>      Defendant. | Case No. 2:12-CV-00706 |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDIDCE**

The parties, Plaintiff Derek Stanton LaMar ("Plaintiff"), Defendant Amy Ashworth ("Defendant"), and Intervenor Office of the Attorney General of Virginia ("Intervenor") by and through their attorneys of record, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of all claims by Plaintiff brought against Defendant in this action with prejudice and with all parties to bear their own costs and fees as to Plaintiff's claims.

Dated: May 7, 2025

Respectfully submitted,

/s/ Connor Kelley
Connor Kelley (VA Bar No. 93596)
Amee Frodle (*admitted pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 10th Street NW
Washington, DC 20001-4956
Tel: (202) 662-5628
Fax: (202) 778-5628
ckelley@cov.com
afrodle@cov.com

*Counsel for Plaintiff Derek Stanton LaMar*

/s/ Alexander Francuzenko
Alexander Francuzenko, VSB 36510
Philip C. Krone, VSB 87723
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
Office: (703) 865-7480
Fax: (703) 434-3510
alex@cookcraig.com
pkrone@coookcraig.com

*Counsel for Defendant Amy Ashworth*


/s/ Brandon T. Wrobleski
Brandon T. Wrobleski
Senior Assistant Attorney General
Virginia State Bar Number 89697
OFFICE OF THE ATTORNEY GENERAL
202 North Ninth Street
Richmond, Virginia 23219
Telephone:     (804) 371-7505
Facsimile:     (804) 371-0151
bwrobleski@oag.state.va.us

*Counsel for Intervenor*

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2025, I caused a copy of the forgoing Stipulation of Voluntary Dismissal With Prejudice to be filed via the Court's CM/ECF filing system, which will cause a copy of this document to be served on counsel for all parties that have entered an appearance in this action.

/s/ Connor J. Kelley

Connor J. Kelley (VSB No. 93596)
Covington & Burling LLP
One CityCenter
850 10th Street NW
Washington, DC
Tel: (202) 662-5033
Fax: (202) 778-5033
ckelley@cov.com

*Counsel for Derek Stanton Lamar*